UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SHELDON BREWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-2954 (UNA) |
| ) | |
| CHRISTOPHER WRAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

This matter is before the court on its initial review of plaintiff's *pro se* complaint ("Compl."), ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2. The Court will grant the *in forma pauperis* application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), by which the Court is required to dismiss a case "at any time" if it determines that the action is frivolous.

According to plaintiff, defendants "have conducted ongoing operations against [him]" Compl. at 6 (page numbers designated by CM/ECF), using "novel technologies," *id.* at 7, which "cause[] emotional trauma, physical pain, manufactured body movements, thoughts, and verbalizations," *id.* Plaintiff deemed these technologies "more sophisticated than[] the technology used by adversaries of the United States to create Havana Syndrome symptoms, illnesses, and permanent brain damage." *Id.* at 10. Although "[m]onetary damages cannot be properly identified at this time due to [defendants'] durable pattern of misconduct," plaintiff declared that "[t]he amount in controversy exceeds $15,000,000." *Id.* at 5.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis

either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and a "complaint plainly abusive of the judicial process is properly typed malicious," *Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981).  On review of the complaint, the Court concludes that its factual allegations are incoherent, irrational or wholly incredible, rendering the complaint subject to dismissal as frivolous.  *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]").

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.  A separate order will issue.


DATE: November 16, 2021                                /s/
                                                       COLLEEN KOLLAR-KOTELLY
                                                       United States District Judge